UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK SORANNO,
                              Plaintiff,

                              20 Civ. 9334 (LGS)
          -against-

                              ORDER
CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pre-trial conference in this matter is scheduled for February 11, 2021, at 10:40 A.M. Dkt. No. 15.

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. Dkt. No. 17.

      WHEREAS, Defendant filed a pre-motion letter in anticipation of a motion to dismiss Plaintiff's Amended Complaint at Docket No. 16 (the "Motion"). Dkt. No. 18. It is hereby

      **ORDERED** that, the initial pre-trial conference is waived. The case management plan and scheduling order will issue in a separate order. If the parties believe that a conference would nevertheless be useful they should inform the court immediately so the conference can be reinstated. It is further

      **ORDERED** that, the Motion shall be briefed according to the following schedule:

- By **February 25, 2021**, Defendant shall file the motion with a memorandum of law not to exceed 25 pages.

- By **March 18, 2021**, Plaintiff shall file any opposition, not to exceed 25 pages.

- By **March 29, 2021**, Defendant shall file any reply in support of the Motion, not to exceed 10 pages.

The parties shall comply with this Court's Individual Rules in filing the Motion and supporting papers.

Dated: February 9, 2021
      New York, New York

                                      **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**