UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                       :

PATRICK SORANNO,                           :

                             Plaintiff,              :

                        -against-                    :            20 Civ. 9334 (LGS)
                                                                       :

CONSOLIDATED EDISON COMPANY OF NEW   :            <u>ORDER</u>
YORK, INC.                                               :
                               Defendant.        :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Amended Civil Case Management Plan and Scheduling Order a status letter was due on July 13, 2021. Dkt. No. 34.

WHEREAS, no such letter was filed. It is hereby

**ORDERED** that, by **July 19, 2021**, the parties shall file a status letter, as outlined in Individual Rule IV.A.2.

Dated: July 16, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**