# PARKER POHL LLP

99 Park Avenue  
Suite 1510  
New York, NY 10016

T 212-202-8886  
F 646-924-3100  
parkerpohl.com

M. Todd Parker  
todd.parker@parkerpohl.com

August 3, 2021

**Via ECF**
Hon. Lorna G. Schofield
Thurgood Marshall United Stated Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Soranno v. Consolidated Edison Company of New York, Inc.*
               Case No. 20-cv-9334 (LGS)

Dear Judge Schofield:

      My firm represents Plaintiff Patrick Soranno. On July 20, 2021, the Court ordered a 45-day stay of discovery to allow the parties time to seek a resolution through private mediation. (ECF Docket No. 38) The Court also set a September 3, 2021 deadline for the parties to file a status letter apprising the Court of the outcome of settlement discussions. (*Id*.) The parties now respectfully request that the Court extend the stay of discovery through November 5, 2021, for the reasons set forth below.

      Since the Court's July 20 Order, counsel have exchanged and discussed the names of several proposed mediators. The parties agreed on Dina Jansensen of JAMS today, who is an excellent mediator with extensive experience in employment discrimination cases. However, we were also informed today that Ms. Jansensen's first available date for a mediation is November 1, 2021. Counsel and the parties believe that Ms. Jansensen will be an extremely effective mediator for this case based on previous experience with her, and have reserved November 1 for the mediation, subject to the Court's extension of the stay of discovery.

      Accordingly, the parties jointly request that the Court extend the current stay of discovery to November 5, 2021, to allow the parties to complete mediation on November 1, 2021.

Respectfully submitted,

/s/ M. Todd Parker
M. Todd Parker

The application is **GRANTED**.  The case will remain stayed until November 5, 2021.  By **November 4, 2021**, the parties shall file a joint letter apprising the Court of the outcome of mediation.

So Ordered.

Dated: August 4, 2021
      New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**