UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK SORANNO,
                              Plaintiff,

           -against-                        20 Civ. 9334 (LGS)

CONSOLIDATED EDISON COMPANY OF     ORDER
NEW YORK, INC.
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Amended Civil Case Management Plan and Scheduling Order set a pre-motion conference in this matter for October 14, 2021, at 10:40 a.m.  (Dkt. No. 34.)

       WHEREAS, the Order dated August 4, 2021, stayed the case until November 5, 2021, to allow the parties to pursue mediation.  (Dkt. No. 40.)  It is hereby

       **ORDERED** that the conference on the Court's calendar for October 14, 2021 is **CANCELED**.  By **November 4, 2021**, the parties shall file a joint letter apprising the Court of the outcome of mediation.  (Dkt. No. 40.)

Dated: October 7, 2021
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**